U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

FEB 09 2026

JENNIFER P. LYONS, CLERK

BY
DEPUTY CLERK

I.   **The Parties to This Complaint**

    A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Julie Sandford housing employee
- Street Address: 17 School st.
- City and County: Sandford maine 0403
- State and Zip Code: York County
- Telephone Number: 207-324-6747
- E-mail Address:

    B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Diane ~~bess~~ Diane Small
- Job or Title (if known): Executive Sandford housing employee
- Street Address: 17 School st Sandford
- City and County: Maine 04073
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2

- Name: New Apartment Manager
- Job or Title (if known): Sony no name Sandford housing employee
- Street Address: Randy Sandford
- City and County: housing employee

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

charging my mental service Cat protected by FHA Federal housing Authority discrimination against him

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Ronald Mann, is a citizen of the State of *(name)* Residence sandford maine

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Ronald Mann, is a citizen of the State of *(name)* Residence. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Charging my mental service Cat sine february protected by FHA federal housing Authority have his picture on my phone Certificate can't be charge not charsing other service cats sandford housing Authority doing this Julie Sandford maine housing employee force me to sisn papper she has it told me if I don't I can't keep him he is protected