UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| RONALD EDWARD MANN,<br><br>Plaintiff<br><br>v.<br><br>DIANE SMALL & JULIE,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-68-LEW |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On June 12, 2026, the United States Magistrate Judge filed with the Court, with a copy to the pro se Plaintiff, Ronald Edward Mann, his Recommended Decision (ECF No. 6) on Plaintiff's Complaint (ECF No. 1). The time within which to file an objection expired on June 26, 2026, and no objection was filed. The Magistrate Judge notified Plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Plaintiff's Compaint is dismissed.

**SO ORDERED.**

Dated this 27th day of August, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge